RECEIVED
IN ALEXANDRIA, LA.

FEB - 5 2014

TONY R. MOORE, CLERK
_____
DEPUTY



# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | |
|---|---|
| BYRON MEADS | CIVIL ACTION NO.  2:13CV230 |
| VERSUS | JUDGE TRIMBLE |
| WARDEN AVOYELLES CORR. CENTER | MAGISTRATE JUDGE KAY |

### CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

X    The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___    The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at _Alexandria_, Louisiana, this 5th day of February 2014.

_____
James T. Trimble, Jr.
UNITED STATES DISTRICT JUDGE